# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1596
LT Case No. 2023-303689-CFDB

———————————————

CHRISTOPHER A. SIMS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
Elizabeth Ann Blackburn, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Rae
Brandt, Assistant Public Defender, Daytona Beach, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt
T. Koehler, Assistant Attorney General, Daytona Beach, for
Appellee.

January 8, 2026

PER CURIAM.

   AFFIRMED.

WALLIS, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____